IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HELEN BEAMS, et al., | § | |
| | § | |
| Plaintiffs, | § | Civil Action |
| | § | No. C-07-248 |
| v. | § | |
| | § | |
| PFIZER, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day came on to be considered Defendant Pfizer Inc.'s ("Pfizer") motion to stay the above-styled action pending transfer of this case to MDL 1699 (D.E. 9).

The Court hereby GRANTS Pfizer's motion to stay, and this case is STAYED pending a decision by the Judicial Panel on Multidistrict Litigation on transfer of the above-styled action to MDL 1699, <u>In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation</u>.[1]

SIGNED and ENTERED this 5th day of July, 2007.

_____
Janis Graham Jack
United States District Judge

---

[1] The Court notes that as of the present date, Plaintiffs have not filed a motion to remand in the above-styled action. The Court hereby ORDERS that this stay includes, but is not limited to, any future remand motion filed by the Plaintiffs in this case.